173 A.3d 187

IN THE MATTER OF GORDON A. WASHINGTON, AN
ATTORNEY AT LAW (ATTORNEY NO. 033671985)

D–175 September Term 2016
079617

November 17, 2017—Corrected November 21, 2017

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–365, concluding that **GORDON A. WASHINGTON** of **MADISON,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a retroactive period of one year for violating RPC 1.1(a)(gross neglect), RPC 1.3 (lack of diligence), RPC 1.5(b)(failing to set forth, in writing, the basis or rate of the fee), RPC 1.7(a)(1)(conflict of interest), RPC 5.3(a)(failure to supervise a nonlawyer), RPC 1.15(b)(failure to promptly deliver funds or other property to the client or a third person), RPC 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects), and RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **GORDON A. WASHINGTON** is suspended from the practice of law for a period of one year: May 26, 2010 through May 25, 2011; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.